IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH LUIS RAMOS,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 15-6360 |
| | : | |
| **UNITED STATES PROBATION** | : | |
| **OFFICE, et al.,** | : | |
| Respondents | : | |

# O R D E R

**AND NOW,** this 29th day of February, 2016, upon consideration of the Respondents' motion to dismiss the petition as moot (Document #8), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court shall mark this case CLOSED for all purposes.

BY THE COURT:

*s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.